QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Adam B. Wolfson (Bar No. 262125)
  adamwolfson@quinnemanuel.com
  William R. Sears (Bar No. 330888)
  willsears@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443 3000
Facsimile:  (213) 443 3100

*Attorneys for Plaintiffs Total Vision, LLC and Total Vision, P.C.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOTAL VISION, LLC and TOTAL VISION, P.C.,<br><br>  Plaintiffs,<br><br>  v.<br><br>VISION SERVICE PLAN a/k/a VSP GLOBAL, VSP VENTURES MANAGEMENT SERVICES, LLC, ALTAIR EYEWEAR, INC., EYEFINITY, INC., MARCHON EYEWEAR, INC., and VSP LABS, INC.,<br><br>  Defendants. | CASE NO. 8:23−cv−01805−WLH (DFMx)<br><br>**STIPULATION REGARDING CASE SCHEDULE**<br>Judge: The Honorable Wesley L. Hsu<br><br>Trial Date: December 1, 2025 |

# STIPULATION

WHEREAS, on March 28, 2024, the Court entered a Scheduling Order setting a global discovery cutoff of July 10, 2025 and a trial date of November 18, 2025, (Dkt. 44);

WHEREAS, on June 28, 2024, the Court entered a Scheduling Notice and Order resetting the trial date to December 1, 2025 (Dkt. 69);

WHEREAS, on June 28, 2024, the Court entered a Civil Pretrial Schedule and Trial Order stating that if the parties wish to set additional or alternative dates to those set in the Scheduling Order, the parties are to file a stipulation and proposed order setting forth any additional or alternative dates (Dkt. 70);

WHEREAS, on June 28, 2024, the parties agreed to the proposed additional dates set forth below;[1]

WHEREAS, the parties' proposed additional dates will clarify deadlines, and there is thus good cause to enter the proposed order setting the additional dates as requested by the parties;

ACCORDINGLY, the parties hereby mutually agree and stipulate to the following additional dates, and ask the Court to enter an order setting these additional dates:

| Event | Deadline |
| --- | --- |
| Fact discovery cut-off | February 14, 2025 |
| Expert reports/disclosures due | March 14, 2025 |
| Expert rebuttal reports due | April 11, 2025 |
| Expert reply reports due | May 7, 2025 |
| Expert discovery cut-off | May 30, 2025 |

---

[1] The parties disagree on whether to add a deadline for substantial completion of document productions. Plaintiffs have requested a substantial completion deadline of October 14, 2024, but Defendants object to the inclusion of such a deadline and have declined to address the issue in a joint stipulation. Plaintiffs thus intend to file a separate submission setting forth their position on the addition of a substantial completion deadline.

| | |
|---|---|
| | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. |
| DATED: July 2, 2024 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | By  /s/ *Adam B. Wolfson* |
| | Adam B. Wolfson |
| | William R. Sears |
| | Maxwell P. Deabler-Meadows |
| | Lynette Lim |
| | *Attorneys for Plaintiffs Total Vision, LLC and Total Vision, P.C.* |
| DATED: July 2, 2024 | REINHART BOERNER VAN DEUREN s.c. |
| | By  /s/ *Laura Brenner* |
| | Laura A. Brenner |
| | Scott W. Hansen |
| | Olivia J. Brooks |
| | James N. Law |
| | Theodore W. Chandler |
| | Cheryl A. Cauley |
| | James G. Kress |
| | Paul C. Cuomo |
| | *Attorneys for Defendants Vision Service Plan, A/K/A VSP Global, VSP Ventures Management Services, LLC, Altair Eyewear, Inc., Eyefinity, Inc., Marchon Eyewear, Inc., and VSP Labs, Inc.* |

1 | Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.