1  Theodore W. Chandler (Bar No. 219456)
       <ted.chandler@bakerbotts.com>
2  BAKER BOTTS L.L.P.
   1801 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone: (213) 202-5702
4  Facsimile: (213) 202-5732

5  Cheryl A. Cauley (Bar No. 252262)
       <cheryl.cauley@bakerbotts.com>
6  BAKER BOTTS L.L.P.
   1001 Page Mill Road
7  Building One, Suite 200
   Palo Alto, CA  94304-1007
8  Telephone: (650) 739-7500
   Facsimile: (650) 739-7699

9
   *Attorneys for Defendants/Counterclaimant*
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  TOTAL VISION, LLC et al.,                CASE NO. 8:23−cv−01805−WLH
                                             (DFMx)
15              Plaintiffs,
                                             **JOINT STIPULATION OF**
16        v.                                 **VOLUNTARY DISMISSAL WITH**
                                             **PREJUDICE**
17  VISION SERVICE PLAN a/k/a VSP
18  GLOBAL et al.,                           Judge: The Honorable Wesley L. Hsu

19              Defendants.                   Trial Date: December 1, 2025
20

21

22

23

24

25

26

27

28

53988058

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS, on May 7, 2025, the parties conducted a mediation and reached an agreement in principle that would resolve this case;

WHEREAS, on May 13, 2025, the parties stipulated to a stay of this litigation pending the parties' negotiation and execution of a final written settlement agreement (Dkt. 142);

WHEREAS, on May 21, 2025, the Court entered an Order adopting the parties; stipulation to stay this litigation (Dkt. 143); and

WHEREAS, on June 13, 2025, the parties executed a confidential, written settlement agreement resolving this case in its entirety.

ACCORDINGLY, pursuant to Fed. R. Civ. P. 41(a)(2), the parties mutually agree and stipulate to voluntarily dismiss Plaintiffs Total Vision, LLC and Total Vision, P.C.'s claims asserted in the Complaint (Dkt. 1) with prejudice and without costs, fees, or expenses to any party. The parties further mutually agree and stipulate to voluntarily dismiss Defendant and Counterclaimant Vision Service Plan a/k/a VSP Global's counterclaims asserted in Defendants' Answer to Plaintiffs' Complaint and Affirmative Defenses and VSP's Counterclaims (Dkt. 42) with prejudice and without costs, fees, or expenses to any party.

The parties hereby request that the Court enter an Order consistent with the parties' joint stipulation of voluntary dismissal with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  August 11, 2025                QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP


                                       By   /s/ William R. Sears
                                           Adam B. Wolfson
                                           William R. Sears
                                           Kathryn D. Hutchins
                                           Maxwell P. Deabler-Meadows
                                           Lynette Lim

                                           *Attorneys for Plaintiffs Total Vision, LLC
                                           and Total Vision, P.C.*

DATED:  August 11, 2025                REINHART BOERNER VAN DEUREN s.c.
                                       and BAKER BOTTS L.L.P.


                                       By   /s/ James N. Law
                                           Laura A. Brenner
                                           Scott W. Hansen
                                           Jessica H. Polakowski
                                           Olivia J. Brooks
                                           James N. Law

                                           Theodore W. Chandler
                                           Cheryl A. Cauley
                                           James G. Kress
                                           Paul C. Cuomo

                                           *Attorneys for Defendants Vision Service
                                           Plan, A/K/A VSP Global, VSP Ventures
                                           Management Services, LLC, Altair
                                           Eyewear, Inc., Eyefinity, Inc., Marchon
                                           Eyewear, Inc., and VSP Labs, Inc.*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.